UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SHERRY ROYAL STRICKLAND, ) | | |
| *as Administrator of the Estate of* ) | | |
| *Henry Thomas Strickland,* ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | **JUDGMENT** | |
| ) | | |
| ECOHEALTH ALLIANCE, ) | 7:24-CV-7-BO-KS | |
| ) | | |
| Defendant. ) | | |
| ) | | |

Decision by Court.

**IT IS ORDERED, ADJUDGED AND DECREED** that Defendant EcoHealth Alliance's motion to dismiss [DE 9] is GRANTED.

**This case is closed.**

**This judgment filed and entered on November 18, 2024, and served on:**
Robert Kips (via CM/ECF NEF)
Brenton Adams (via CM/ECF NEF)
William Webb, Sr. (via CM/ECF NEF)
Nels Lippert (via CM/ECF NEF)

November 18, 2024

PETER A. MOORE, JR., CLERK

 /s/ Lindsay Stouch
By: Deputy Clerk